BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:09-cr-00350  AWI |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **CHANGE OF PLEA** |
| v. | ) | |
| | ) | |
| JOSE JIMINEZ, | ) | |
| | ) | Date:  November 1, 2010 |
| Defendant. | ) | Time:  1:30 p.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

    Plea negotiations between the Defendant and the Government are ongoing.  The Defense has communicated that it has no problem continuing the matter to November 22, 2010.  The Government agrees that continuing the matter would conserve resources and allow time for the Parties to attempt to reach a speedy and just resolution to the case.  The Parties hereby stipulate that the Change of Plea hearing be continued to November 22, 2010 at 9:00 a.m., and that speedy trial time be excluded through and including that date.

1
2  DATED:  October 28, 2010                    By:  /s/ Yasin Mohammad
3                                                   YASIN MOHAMMAD
                                                    Assistant U.S. Attorney
4
5  DATED:  October 28, 2010                    By:  /s/ Jon Renge
                                                    JON RENGE
6                                                   Attorney for Jose Jiminez
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09-cr-00350 AWI |
| | ) | |
| Plaintiff, | ) | **ORDER TO CONTINUE CHANGE** |
| | ) | **OF PLEA** |
| v. | ) | |
| | ) | |
| JOSE JIMINEZ, | ) | |
| | ) | Date:  November 1, 2010 |
| Defendant. | ) | Time:  1:30 p.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**<u>ORDER</u>**

IT IS HEREBY ORDERED THAT the Change of Plea hearing is continued to November 22, 2010 at 9:00 a.m., and speedy trial time is excluded through and including that date.

IT IS SO ORDERED.

Dated:  November 2, 2010   _____
CHIEF UNITED STATES DISTRICT JUDGE

3