| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | YASIN MOHAMMAD |
|   | Assistant U.S. Attorney |
| 3 | 4401 Federal Building |
|   | 2500 Tulare St. |
| 4 | Fresno, CA  93721 |
|   | (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  1:09-cr-00350  AWI |
|  | ) |
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
|  | ) **STATUS CONFERENCE** |
| v. | ) |
|  | ) |
| JOSE JIMINEZ, | ) |
|  | ) Date:  December 6, 2010 |
| Defendant. | ) Time:  9:00 a.m. |
|  | ) Judge: Hon. Anthony W. Ishii |
|  | ) |

    The Parties are continuing to work on the plea agreement in this matter, and due to scheduling issues, hereby stipulate to continue the Status Conference in this Matter to Monday, December 20, 2010, 9:00 a.m., which would allow time for a speedy and just resolution to the case.  The Parties further stipulate that speedy trial time to be excluded through and including December 20, 2010.

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

DATED:  November 23, 2010            By:  /s/ Yasin Mohammad_____
                                                    YASIN MOHAMMAD
                                                    Assistant U.S. Attorney

DATED:  November 23, 2010            By:  /s/ Jon Renge_____
                                                    JON RENGE
                                                    Attorney for Jose Jiminez

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-cr-00350 AWI |
| ) | |
| Plaintiff, ) | **ORDER TO CONTINUE STATUS** |
| ) | **CONFERENCE** |
| v. ) | |
| ) | |
| JOSE JIMINEZ, ) | |
| ) | Date: December 20, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |
| ) | |

### **ORDER**

IT IS HEREBY ORDERED THAT the Status Conference in this Matter is continued to December 20, 2010, 9:00 a.m., and speedy trial time is excluded through and including that date.

IT IS SO ORDERED.

Dated:   November 29, 2010              _____
                                        CHIEF UNITED STATES DISTRICT JUDGE